IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, :
: 1:15CR402-1
v. :
:
MICHAEL KELLY DOWDY, II :

**DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning May 11, 2016 and ending on June 9, 2016. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2016 at Greensboro, NC.

    Respectfully submitted,

    RIPLEY RAND
    United States Attorney


    /s/ Eric L. Iverson
    Eric L. Iverson
    Assistant United States Attorney
    NCSB #46703
    101 South Edgeworth Street, 4th Floor
    Greensboro, NC 27401
    Phone: (336)333-5351
    E-mail: eric.iverson@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# COURT CASE NUMBER: 1:15CR402-1; NOTICE OF FORFEITURE

Notice is hereby given that on May 09, 2016, in the case of <u>U.S. v. Michael Kelly Dowdy, II</u>, Court Case Number 1:15CR402-1, the United States District Court for the Middle District of North Carolina entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous computer equipment Ser No: see items list (16-FBI-001263), including the following items: 1 Gateway laptop computer, Ser No: T4C8311011203; 1 Western Digital 250GB hard drive, Ser No: WXC108C19539; 1 Western Digital My Passport model external hard drive, Ser No: WX11A55N9CJE; 1 Toshiba 2 terabyte external hard drive, Ser No: Y3CATT76TYP3; 1 PNY thumb drive, Ser No: none, seized from Michael Kelly Dowdy II on October 15, 2015 at 1901 Beeson Rd., located in Colfax, NC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (May 11, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, P.O. Box 2708, Greensboro, NC 27402, and a copy served upon Assistant United States Attorney Lynne P. Klauer, U.S. Attorney's Office, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 11, 2016 and June 09, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Michael Kelly Dowdy, II

**Court Case No:** 1:15CR402-1
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/11/2016 | 24.0 | Verified |
| 2 | 05/12/2016 | 24.0 | Verified |
| 3 | 05/13/2016 | 24.0 | Verified |
| 4 | 05/14/2016 | 24.0 | Verified |
| 5 | 05/15/2016 | 24.0 | Verified |
| 6 | 05/16/2016 | 24.0 | Verified |
| 7 | 05/17/2016 | 24.0 | Verified |
| 8 | 05/18/2016 | 24.0 | Verified |
| 9 | 05/19/2016 | 24.0 | Verified |
| 10 | 05/20/2016 | 24.0 | Verified |
| 11 | 05/21/2016 | 24.0 | Verified |
| 12 | 05/22/2016 | 24.0 | Verified |
| 13 | 05/23/2016 | 23.9 | Verified |
| 14 | 05/24/2016 | 24.0 | Verified |
| 15 | 05/25/2016 | 24.0 | Verified |
| 16 | 05/26/2016 | 24.0 | Verified |
| 17 | 05/27/2016 | 24.0 | Verified |
| 18 | 05/28/2016 | 24.0 | Verified |
| 19 | 05/29/2016 | 24.0 | Verified |
| 20 | 05/30/2016 | 24.0 | Verified |
| 21 | 05/31/2016 | 24.0 | Verified |
| 22 | 06/01/2016 | 24.0 | Verified |
| 23 | 06/02/2016 | 24.0 | Verified |
| 24 | 06/03/2016 | 24.0 | Verified |
| 25 | 06/04/2016 | 24.0 | Verified |
| 26 | 06/05/2016 | 24.0 | Verified |
| 27 | 06/06/2016 | 24.0 | Verified |
| 28 | 06/07/2016 | 24.0 | Verified |
| 29 | 06/08/2016 | 24.0 | Verified |
| 30 | 06/09/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.